UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00414-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CRAIG CARL SHOOPMAN,

        Defendant.

---

## ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a probation compliance review hearing will be held

on **July 18, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado,

Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 22nd day of May, 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge