UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00414-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CRAIG CARL SHOOPMAN,

       Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release for Defendant Craig Carl Shoopman will be held on **February 2, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 15th day of December, 2006

                                **BY THE COURT:**

                                *[signature: Marcia S. Krieger]*

                                Marcia S. Krieger
                                United States District Judge