IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00414-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CRAIG CARL SHOOPMAN,

        Defendant.

**ORDER VACATING PRIOR ORDER AND IMPOSING SENTENCE**

        THIS MATTER was before the Court for a supervised release violation hearing on October 14, 2009, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision.

        THE COURT, having heard statements by the defendant and defense counsel found the defendant guilty of violations 1 through 5 as alleged. These violations are for possession of a controlled substance.  The parties requested that rather than revoking the current term of supervised release and sentencing the defendant to a term of imprisonment, that the current term of supervised release be continued with required residence in a half-way house.

        Initially, the Court agreed and entered an oral order in accordance with the request.  However, upon reflection, the Court finds that such order would not comply with the provisions of 18 U.S.C. § 3583(g), in light of the objectives of 18 U.S.C. § 3553(a). 18 U.S.C. § 3583(g) mandates revocation of the current term of supervised release and imposition of a term of imprisonment.

        Accordingly, the Court's oral order is vacated and

        It is ORDERED that the current term of supervised release is revoked.  The defendant is sentenced to the time he has previously served in custody. A new term of supervised release of six (6) months with all previously ordered terms and conditions and a special condition that the defendant shall reside in a residential reentry center for six (6) months is imposed.

IT IS FURTHER ORDERED that the Probation Office shall prepare a revocation judgment, in accordance with this order. Defendant is remanded to the custody of the United States Marshal until bed space is available at a residential reentry center.

DATED at Denver, Colorado, this 21st day of October, 2009.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge